# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| LOUIS E. THRYOFF, *Plaintiff* v. NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL, *Defendant* | ) ) ) ) ) Civil Action No. 00CV6481 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   The complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Michael A. Telesca   on a motion for   summary judgment by defendants.

Date:   Feb 12, 2009

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*